IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



TY CLEVENGER,

    Plaintiff,

vs.

U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIATION, and NATIONAL SECURITY AGENCY,

    Defendants

Case No. 1:18-cv-1568-LB

## UNOPPOSED MOTION TO PERMIT ECF FILING

NOW COMES the Plaintiff, Ty Clevenger, moving the Court to grant him permission to use the Court's ECF system for purposes of this case. The Plaintiff is a member of the bar of several federal courts, and he is very familiar with ECF. The Plaintiff has consulted with counsel for the Defendants, and they do not oppose this request.

Respectfully submitted,

Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

PLAINTIFF PRO SE

RECEIVED AUG 28 2019 PRO SE OFFICE

## CERTIFICATE OF SERVICE

I certify that on August 28, 2019, I emailed a copy of the foregoing document to Kathleen A. Mahoney, counsel for the Defendants, at <u>kathleen.mahoney@usdoj.gov</u>.

_____
Ty Clevenger