IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



TY CLEVENGER,

    Plaintiff,

vs.

U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIATION, and NATIONAL SECURITY AGENCY,

    Defendants

Case No. 1:18-cv-1568-LB

## ORDER

The Plaintiff's U̲N̲O̲P̲P̲O̲S̲E̲D̲ M̲O̲T̲I̲O̲N̲ T̲O̲ P̲E̲R̲M̲I̲T̲ ECF F̲I̲L̲I̲N̲G̲ is now before the Court. The motion is granted, and the clerk is directed to permit Ty Clevenger to register for and use the Court's ECF system.

It is SO ORDERED this _____ day of _____, 2019.

_____
The Hon. Lois Bloom, Magistrate Judge
U.S. District Court, Eastern District of New York



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK 

TY CLEVENGER,

    Plaintiff,

vs.

U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIATION, and NATIONAL SECURITY AGENCY,

    Defendants

Case No. 1:18-cv-1568-LB

## ORDER

The Plaintiff's MOTION FOR EXTENSION OF TIME is now before the Court. The motion is granted, and the Plaintiff's deadline for responding to the Defendants' motion for summary judgment is extended until _____. The Defendants' deadline for replying in support of the motion for summary judgment is extended until _____.

It is SO ORDERED this ____ day of _____, 2019.



_____
The Hon. Lois Bloom, Magistrate Judge
U.S. District Court, Eastern District of New York