IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

TY CLEVENGER,

    Plaintiff,

vs.

U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIATION, and NATIONAL SECURITY AGENCY,

    Defendants

Case No. 1:18-cv-1568-LB

## UNOPPOSED MOTION FOR EXTENSION

NOW COMES the Plaintiff, Ty Clevenger, moving the Court to grant an extension of time to respond to the Defendants' July 29, 2019 motion for summary judgment. The Plaintiff contracted a respiratory infection late around September 6, 2019, and he has not been as productive as usual. The Plaintiff previously requested, and the Court granted, a 14-day extension of time until September 13, 2019, and the Plaintiff requests an additional four-day extension until Tuesday, September 17, 2019. He further requests a commensurate extension of the Defendants' deadline for filing their reply from September 27, 2019 until October 1, 2019. The Plaintiff conferred with counsel for the Defendants, and they do not oppose this request.

    Respectfully submitted,

    **/s/ Ty Clevenger**
    Texas Bar No. 24034380
    P.O. Box 20753
    Brooklyn, New York 11202-0753
    (979) 985-5289
    (979) 530-9523 (fax)
    *tyclevenger@yahoo.com*

    PLAINTIFF PRO SE

# CERTIFICATE OF SERVICE

I certify that on September 13, 2019, I filed this document with the Court's ECF system, which should result in automatic notification to Kathleen A. Mahoney, counsel for the Defendants, at kathleen.mahoney@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger