# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**


**TY CLEVENGER**,

     Plaintiff,

vs.

**U.S. DEPARTMENT OF JUSTICE,**         **Case No. 1:18-cv-1568-LB**
**FEDERAL BUREAU OF**
**INVESTIATION, and NATIONAL**
**SECURITY AGENCY,**

     Defendants


**DECLARATION**

My name is Edward Butowsky, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

I am a resident of Texas, and the Plaintiff in the case identified above (*i.e.*, Ty Clevenger) is my attorney in several lawsuits that are related in one way or another to Seth Conrad Rich. I have publicly stated that Seth Conrad Rich and his brother, Aaron Rich, were responsible for leaking emails from the Democratic National Committee to Wikileaks. Aaron Rich has sued me for defamation on the grounds that my statements about him were false. Some commentators have speculated that Seth Rich was subsequently murdered because of his role in leaking the emails, but I do not know whether the murder was connected to the leak.

I have a number of friends who work in or have previously worked in various intelligence positions for the United States government. On or about April 28, 2017, I spoke with a friend who at that time worked in a high-level intelligence position for the executive branch. My friend told me he had personally viewed records that were downloaded from Seth Rich's electronic devices by the FBI's Computer Analysis and Response Team ("CART"). I have not revealed his name because he revealed the foregoing information in confidence.

- 1 -

JAN 5, 2017

On or about _____, I spoke with renowned journalist Seymour "Sy" Hersh, and I recorded the conversation. A true and correct recording of that conversation can be found at https://www.youtube.com/watch?v=_VaQcglmZvY. In that recording, Mr. Hersh said that he too had confirmed that the FBI had documents pertaining to Seth Rich.

THE DECLARANT SAYS NOTHING FURTHER.

Date: September 16, 2019

Edward Butowsky

- 2 -