# Exhibit B

# TY CLEVENGER
P.O. Box 20753
Brooklyn, New York 11202-0753

*telephone: 979.985.5289*  *tyclevenger@yahoo.com*
*facsimile: 979.530.9523*  *Texas Bar No. 24034380*

March 14, 2018

Office of Information Policy
U.S. Department of Justice
1425 New York Avenue, N.W., Suite 11050
Washington, D.C. 20530

<u>Via facsimile and email</u>
(202) 514-1009 and *DOJ.OIP.FOIA@usdoj.gov*

    Re:    Freedom of Information Act Appeal

To Whom It May Concern:

    I wish to file an appeal from the attached decision by the FBI. It is not plausible to suggest that the FBI Office of General Counsel is unable to search for non-disclosure agreements that it executed with other agencies, and it should not matter whether the documents are logged into the "Central Records System."

    The subject matter of my request has been the subject of national media coverage, and it relates to questions about corruption and impropriety in the federal government. Accordingly, I request that my appeal be expedited. I attempted to file this appeal online, but the web portal twice failed to submit the appeal due to technical problems.

    Thank you in advance for your consideration.

    Sincerely,

Ty Clevenger