

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:KMA; 2018V00809

*271-A Cadman Plaza East, 7th Floor*
*Brooklyn, New York 11201*

October 15, 2019

BY ECF and Interoffice Mail

Honorable Lois Bloom
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Ty Clevenger v. U.S. Department of Justice, *et al.*,
Civil Action No. 18-CV-01568 (WFK) (LB)

Dear Judge Bloom:

Enclosed please find Your Honor's courtesy copy of Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Accept Supplemental Evidence and Plaintiff's Motion to Permit Discovery, which was filed electronically today (Dkt. #46).

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Attorney for Defendants

By: s/*Kathleen A. Mahoney*
KATHLEEN A. MAHONEY
Assistant U.S. Attorney
(718) 254-6026
kathleen.mahoney@usdoj.gov

Enclosure

cc: By ECF and First Class Mail

Ty Clevenger
Plaintiff Pro Se