## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TY CLEVENGER**, <br><br> Plaintiff, <br><br> vs. <br><br> **U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIATION, and NATIONAL SECURITY AGENCY,** <br><br> Defendants | Case No. 1:18-cv-1568-LB |

## NOTICE

NOW COMES the Plaintiff, Ty Clevenger, giving notice to the Court as follows:

The Plaintiff has attached a January 27, 2020 letter (Exhibit 1) to the U.S. Attorney for the Eastern District of New York, the U.S. Attorney for Connecticut, and the Inspector General of the U.S. Department of Justice regarding a possible fraud on this Court. The presiding magistrate is cc'd on the letter. The Plaintiff has also attached the items referenced in the letter, namely two affidavits from FBI Section Chief David M. Hardy (Exhibits 2 and 3), a December 13, 2019 order from the U.S. District Court for the Eastern District of Texas (Exhibit 4), and the October 8, 2019 reply (Exhibit 5) that the Plaintiff filed in this case. The Plaintiff intends to confer with counsel for the Defendants regarding a possible evidentiary hearing.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

PLAINTIFF PRO SE

## CERTIFICATE OF SERVICE

    I certify that on January 27, 2020, I filed this document with the Court's ECF system, which should result in automatic notification to Kathleen A. Mahoney, counsel for the Defendants, at kathleen.mahoney@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger