# Ty Clevenger
P.O. Box 20753
Brooklyn, New York 11202-0753

*telephone: 979.985.5289*        *tyclevenger@yahoo.com*
*facsimile: 979.530.9523*        Texas Bar No. 24034380

February 7, 2020

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Via ECF</u>

      Re:    *Ty Clevenger v. U.S. Department of Justice, et al.*, Civil Action No. 18-CV-01568 (WFK) (LB)

Judge Bloom:

      Caitlin Sinclair, a reporter for One America News, told me she contacted your chambers about listening to the telehearing scheduled for February 12, 2020 in the matter above, and she said she was informed by your clerk that one of the parties would need to request authorization on her behalf. I write to request such authorization.

      The circumstances surrounding the murder of Seth Rich have been subject to national media attention since late 2016, shortly after Mr. Rich was murdered. Likewise, misconduct and cover-ups within the FBI have been the subject of widespread media attention for at least two years. I believe the public and, by extension, the media have a legitimate interest in the February 12, 2020 hearing, therefore I request that Ms. Sinclair be permitted to listen to the telehearing.

      I conferred with Asst. U.S. Attorney Kathleen Mahoney, counsel for the Defendants, and she indicated that the Defendants take no position on this request. Thank you in advance for your consideration.

      Respectfully,

      */s/ Ty Clevenger*

      Ty Clevenger

cc:  Caitlin Sinclair, Reporter
      One America News