UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TY CLEVENGER,

                Plaintiff,

                v.

U.S. DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF INVESTIGATION,
and NATIONAL SECURITY AGENCY,

                Defendants.
----------------------------------------------------------------X

JUDGMENT
18 CV 1568 (LB)

An Order of the Honorable Lois Bloom, United States Magistrate Judge, having been filed on April 3, 2020, granting defendants' motion for summary judgment; and denying plaintiff's motion for partial summary judgment; it is

ORDERED and ADJUDGED that defendant's motion for summary judgment is granted; and that plaintiff's motion for partial summary judgment is denied.

Dated: Brooklyn, New York
       April 6, 2020

Douglas C. Palmer
Clerk of Court
By:   */s/Jalitza Poveda*
      Deputy Clerk